```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
TRADE PAY LLC and MICHAEL T. NUGENT,       :    25cv5335(DLC)
                                           :
                      Plaintiffs,          :    ORDER
               -v-                         :
                                           :
GLOBAL STRATEGIES HOLDING CORP., f/k/a     :
GLOBAL STRATEGIES, INC., and BRUCE A.      :
WILLIAMS,                                  :
                                           :
                      Defendants.          :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

This action was filed on June 26, 2025. On July 16, the plaintiffs filed affidavits of service reflecting that the defendants were served on July 2. Neither defendant has responded to the complaint or otherwise appeared in this action. Accordingly, it is hereby

ORDERED that the plaintiff shall file any motion for default judgment by August 15, 2025. The motion must comply with this Court's Individual Practices.

IT IS FURTHER ORDERED that the plaintiffs shall serve this Order and the motion for default judgment papers on the defendants and shall file proof of such service on ECF on or before August 18, 2025.

IT IS FURTHER ORDERED that a default judgment hearing will be held at the pretrial conference that has been scheduled for August 28, 2025 at 11:00 a.m. in Courtroom 18B, 500 Pearl

Street, New York, New York.  Failure of the defendants to appear may result in entry of a default.

Dated:     New York, New York
           July 24, 2025

                                      _____
                                           DENISE COTE
                                United States District Judge