```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   25cv5335(DLC)
TRADE PAY LLC and MICHAEL T. NUGENT,  :
                                      :       ORDER
                          Plaintiffs, :
             -v-                      :
                                      :
GLOBAL STRATEGIES HOLDING CORP., f/k/a:
GLOBAL STRATEGIES, INC., and BRUCE A. :
WILLIAMS,                             :
                                      :
                          Defendants. :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

The defendants having appeared before the Court and having filed an answer to the complaint on August 20, 2025, it is hereby

ORDERED that the default judgment hearing set to be held on August 28, 2025, is cancelled. The initial pretrial conference remains set for **August 28, 2025.**

Dated:    New York, New York
          August 21, 2025

                                         _____
                                              DENISE COTE
                                         United States District Judge