```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TRADE PAY LLC and MICHAEL T. NUGENT,  :      25cv5335 (DLC)
                                      :
                    Plaintiffs,       :         ORDER
          -v-                         :
                                      :
GLOBAL STRATEGIES HOLDING CORP., f/k/a:
GLOBAL STRATEGIES, INC., and BRUCE A. :
WILLIAMS,                             :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter of October 28, 2025, it is hereby

ORDERED that a telephonic conference is scheduled for **October 31, 2025, at 11:30 AM.** The parties shall use the following dial-in credentials:

    Dial-in: 1-855-244-8681

    Access code: 2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
           October 28, 2025

                                            _____
                                                    DENISE COTE
                                      United States District Judge